## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LARRY SHIPMAN, individually and on behalf of all other similarly situated, | Civil No. 21-80 (DWF/TNL) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SUPERCUTS, INC., | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on February 3, 2021, (Doc. No. [6]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

Dated: March 1, 2021      s/Donovan W. Frank
                          DONOVAN W. FRANK
                          United States District Judge